**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EAST COAST PLASTIC SURGERY PLLC PA,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.<br><br>25-15052 (BRM) (LDW)<br><br>**ORDER STAYING AND ADMINISTRATIVELY TERMINATING LEAD NSA CASE** |

**WHEREAS** hundreds of actions have been filed in or removed to this Court in which plaintiffs seek to enforce Independent Dispute Resolution awards pursuant to the No Surprises Act ("NSA"), 42 U.S.C. §§ 300gg-111 *et seq.*, against various insurer defendants; and

**WHEREAS** by Order dated January 16, 2026, the Court stayed and administratively terminated these NSA cases pending the outcome of a Motion to Dismiss in *Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company*, No. 2:25-cv-15053 (BRM) (LDW) (the "Lead Case"), addressed to the question of whether an Independent Dispute Resolution award can be judicially enforced via any cause of action, regardless of whether it arises under federal or state law; and

**WHEREAS** NSA cases filed or removed after January 16, 2026 have been stayed and administratively terminated pending the outcome of the Motion to Dismiss in the Lead Case by separate Orders; and

**WHEREAS** the plaintiff in *Rowe* filed a Notice of Voluntary Dismissal on May 7, 2026 purporting to terminate the Lead Case; and

**WHEREAS** on May 19, 2026, the Court designated *East Coast Plastic Surgery PLLC PA v. Aetna Life Insurance Company*, No. 2:25-cv-15052 (BRM) (LDW) as the substitute Lead Case and directed the parties to continue briefing the Motion to Dismiss on an expedited schedule (ECF 17); and

**WHEREAS** by letter dated May 28, 2026, plaintiff requested that all NSA cases seeking to enforce Independent Dispute Resolution awards in this District, including this Lead Case, be stayed and administratively terminated without prejudice pending the United States Court of Appeals for the Third Circuit's adjudication of consolidated appeals in *SpecialtyCare Inc., et al. v. Cigna Healthcare Inc.*, No. 26-1768 (3d Cir.) and *SpecialtyCare Inc., et al. v. UMR Inc.*, No. 26-1769 (3d Cir.) (ECF 18); and

**WHEREAS** "[i]n the exercise of its sound discretion, a court may hold one lawsuit in abeyance to abide the outcome of another which may substantially affect it or be dispositive of the issues." *Bechtel Corp. v. Local 215, Laborers' Int'l Union of N. Am., AFL-CIO*, 544 F.2d 1207, 1215 (3d Cir. 1976); and

**WHEREAS** the Court finds that a stay would promote the interests of judicial and party economy as the consolidated *SpecialtyCare* Third Circuit appeals may address the threshold issue being briefed in the Lead Case – *i.e.*, whether plaintiffs can enforce Independent Dispute Resolution awards under federal and/or state law; and

**WHEREAS** no party has suggested that it would be prejudiced by a stay; and for good cause shown:

**IT IS, on this 15th day of June 2026,**

**ORDERED** that plaintiff's application for a stay is **GRANTED**; and it is further

**ORDERED** that this Lead Case and the pending Motion to Dismiss are hereby stayed and administratively terminated without prejudice pending the outcome of the consolidated *SpecialtyCare* Third Circuit appeals; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that all previously-stayed NSA cases shall remain on administrative termination pending further Order of the Court; and it is further

**ORDERED** that any party may request that this Lead Case or any other NSA case be reopened and restored to the Court's active docket after the Third Circuit's adjudication of the consolidated *SpecialtyCare* appeals; and it is further

**ORDERED** that any other actions filed in or removed to this Court after the date of this Order of the same nature as the Lead Case shall be subject to stay and administrative termination under the terms of this Order.

*s/ Renée Marie Bumb*
Hon. Renée Marie Bumb
Chief United States District Judge